■ In the Matter of DESEAN H., a Person Alleged to be a Juvenile Delinquent, Appellant. [758 NYS2d 836] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of disposition of the Family Court, Queens County (Friedman, J.), dated June 4, 2001, which, upon a fact-finding order of the same court, dated October 12, 2000, made after a hearing, finding that the appellant had committed an act which, if committed by an adult, would have constituted the crime of sexual abuse in the second degree, adjudged him to be a juvenile delinquent and, inter alia, placed him in the custody of the New York State Office of Children and Family Services for a period of 12 months. The appeal brings up for review the fact-finding order dated October 12, 2000.

Ordered that the appeal from so much of the order of disposition as placed the appellant in the custody of the New York State Office of Children and Family Services for a period of 12 months is dismissed as academic, without costs or disbursements, as the period of placement has expired (*see Matter of Tanisha B.,* 296 AD2d 494 [2002]); and it is further,

Ordered that the order of disposition is affirmed insofar as reviewed, without costs or disbursements.

Viewing the evidence in the light most favorable to the presentment agency, we find that it was legally sufficient to support the determination made in the fact-finding order (*see Matter of Adam B.,* 303 AD2d 404 [2003]; *Matter of Dennis G.,* 294 AD2d 501 [2002]). Moreover, upon the exercise of our factual review power, we are satisfied that the findings of fact were not against the weight of the evidence (*cf.* CPL 470.15 [5]). Luciano, J.P., Adams, Townes and Mastro, JJ., concur.